1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   Email: jholm@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA
   and WARREN RUPF, SHERIFF
8

9                  IN THE UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13  CHRISTOPHER HAMMOND et al.,          No.  CV 10-1454 JCS

14          Plaintiffs,                  STIPULATION AND [PROPOSED] ORDER
                                         EXTENDING DEADLINE FOR MEDIATION
15  v.                                   AND RE-SCHEDULING CASE
                                         MANAGEMENT CONFERENCE
16  COUNTY OF CONTRA COSTA,
    ROBERT REICHERT, KEVIN
17  MORRIS, SHERIFF WARREN E. RUPF       Current CMC Date: January 21, 2011
    and DOES ONE to ONE HUNDRED,         Time: 1:30 p.m.
18  inclusive.,                          Courtroom: A

19          Defendants.

20       IT IS HEREBY STIPULATED by and between counsel for all parties in the above-

21  referenced action:

22       WHEREAS, counsel for all parties stipulated, and the court ordered on June 24, 2010

23  and July 21, 2010 (see Doc. ##15,20), that this case be referred to the court's ADR office for

24  assignment and mediation within 180 days, and

25       WHEREAS, two mediators were assigned and then vacated (see Doc. ## 23,24,25,28)

26  before the *third* mediator was appointed November 22, 2010 (Doc. #29), and

27       WHEREAS, at the December 3 and 10, 2010 pre-mediation conference calls, all

28  counsel and the currently assigned mediator agreed that the first date by which the case can

1  reasonably be mediated is February 3, 2011, and mediation is set for that date, and

2        WHEREAS trial is set for December 5, 2011 (see Doc. #20), and

3        Counsel for all parties hereby request that the DEADLINE FOR MEDIATION be

4  extended to and including February 28, 2011, and the CASE MANAGEMENT

5  CONFERENCE currently set for January 21, 2011, at 1:30 p.m. be re-scheduled for a date in

6  March at the court's convenience.

7

8  DATE: December 14, 2010

9

SHARON L. ANDERSON
COUNTY COUNSEL

10  By: _____
        Janet L. Holmes

11        Deputy County Counsel

12        Attorneys for Defendants County and
        Rupf

13

14  DATE:

15

MCNAMARA, NEY, BEATTY,
SLATTERY, BORGES & BROTHERS,
LLP

16

17  By:_____/S/_____
        James Fitzgerald

18        Attorneys for Defendants Reichert and
        Morris

19

20  DATE:

GEARINGER LAW GROUP

21

22  By:_____/S/_____
        Brian Gearinger

23        Attorneys for Plaintiffs

24  DATE:

THE SCOTT LAW FIRM

25

26  By:_____/S/_____
        John Houston Scott

27        Attorneys for Plaintiffs

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

1.  The deadline for mediation is extended to and including February 28, 2011, and

2.  The Case Management Conference currently set for January 21, 2011 at 1:30 p.m. is continued to March 11, 2011 at 1:30 p.m. in Courtroom A, 450 Golden Gate Avenue, San Francisco, California.   An updated joint case management conference statement shall be due by March 4, 2011.

DATE:   12/15/10

_____

United States District Court
Northern District of California

Judge Joseph C. Spero