SHARON L. ANDERSON (SBN 94814)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: jholm@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA
and WARREN RUPF, SHERIFF

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMMOND et al., | No. CV 10-1454 JCS |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR DISCOVERY |
| v. | |
| COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive., | Current CMC Date: March 11, 2011<br>Time: 1:30 p.m.<br>Courtroom: A<br>Trial Date: December |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel for all parties in the above-referenced action:

WHEREAS, certain deadlines had been set by the court for completion of non-expert and expert discovery (Doc. #20); and

WHEREAS, two mediators were assigned and then vacated (see Doc. ## 23,24,25,28) before the *third* mediator was appointed November 22, 2010 (Doc. #29); and

WHEREAS, the deadline for mediation was extended by the court to and including February 28, 2011 (Doc. #31); and

WHEREAS, in the interest of potentially saving the time and expense associated with

1 | completion of extensive discovery in the event the case could settle at mediation, counsel for

2 | all parties deferred much discovery until after the mediation was completed; and

3 |      WHEREAS, despite good faith efforts of all involved, the case did not settle at the

4 | mediation and certain discovery must now be completed; and

5 |      WHEREAS trial is set for December 5, 2011 (see Doc. #20),

6 |      Counsel for all parties hereby request that the DEADLINES FOR COMPLETION OF

7 | DISCOVERY BE ADJUSTED TO THE FOLLOWING DATES:

8 |      June 1, 2011      Deadline for completion of non-expert discovery

9 |      June 15, 2011      Deadline for Service of Expert Disclosures

10 |      June 24, 2001      Deadline for Service of Rebuttal Expert Disclosures

11 |      July 11, 2011      Deadline for completion of expert discovery

13 | DATE: March 4, 2011

SHARON L. ANDERSON
COUNTY COUNSEL

15 | By:_____

Janet L. Holmes
Deputy County Counsel
Attorneys for Defendants County and
Rupf

19 | DATE: March 4, 2011

MCNAMARA, NEY, BEATTY,
SLATTERY, BORGES & BROTHERS,
LLP

By:_____/s/_____

James Fitzgerald
Attorneys for Defendants Reichert and
Morris

DATE:  March 4, 2011                    GEARINGER LAW GROUP


                                        By:_____/s/_____
                                             Brian Gearinger
                                             Attorneys for Plaintiffs



DATE:  March 4, 2011                    THE SCOTT LAW FIRM


                                        By:_____/s/_____
                                             John Houston Scott
                                             Attorneys for Plaintiffs


**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED: DEADLINES FOR COMPLETION OF DISCOVERY ARE ADJUSTED TO THE FOLLOWING DATES:

| June 1, 2011 | Deadline for completion of non-expert discovery |
| June 15, 2011 | Deadline for Service of Expert Disclosures |
| June 24, 2001 | Deadline for Service of Rebuttal Expert Disclosures |
| July 11, 2011 | Deadline for completion of expert discovery |

DATE:  March 9, 2011



United ~~States District Court~~
Northe~~rn District of Californi~~a

Judge Joseph C. Spero