JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
ROBERT REICHERT and KEVIN MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMMOND, MATTHEW HAMMOND, individually and as Successors in Interest for PAUL HAMMOND, decedent; and EMILY HAMMOND, a minor, and LINDSEY HAMMOND, a minor, individually and as Successors in Interest for PAUL HAMMOND, decedent, and by and through their Guardian ad Litem, CHERYL HAMMOND,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. C10-1454 JCS<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER SEEKING DISCLOSURE OF PRIVATE MEDICAL AND/OR PSYCHOLOGICAL RECORDS OF DECEDENT**<br><br>Judge: Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

1. WHERAS Mr. Brian Gearinger and Mr. John Scott are attorneys that represent and have been retained by the family members of Decedent Paul Hammond ("Decedent") in this wrongful death civil action. Both counsel for the Plaintiffs are of record and have made

FURTHER STIPULATION AND ORDER FOR DISCLOSURE
OF MEDICAL/PSYCHOLOGICAL RECORDS OF
DECEDENT – CV10-01454 JCS

appearances for Plaintiffs' in this action.

2. WHEREAS Defendants in this matter have sought to subpoena the medical, treatment, drug/alcohol and/or psychological and other related records of the Decedent to investigate the claims and contentions of Plaintiffs in this civil matter and to further investigate the relevant background of Decedent as it relates to issues in this case.

3. WHEREAS counsel for the parties in this matter have been working together to obtain the relevant records of Decedent for review and evaluation in this matter. In that vein, counsel for the parties have agreed that Plaintiffs' counsel will be sent the records of Decedent subpoenaed by Defendants for a "first look" at such records and Plaintiffs will then produce those records to Defendants. If any records are withheld by Plaintiffs' counsel following their review, a privilege log will be produced providing such grounds of non-production.

4. WHEREAS numerous subpoenas of Defendants have not been satisfied due to claimed privacy rights by providers on behalf of Decedent.

5. WHEREAS all counsel in this matter agree that the privacy rights of Decedent have been waived by Plaintiffs in relation to documents and information bearing on issues in this wrongful death civil matter, to include prior medical, treatment, drug/alcohol and/or psychological treatment of Decedent within the time prescribed in the subpoenas, namely January 1, 1999, through June 7, 2009, the date of Decedent's death.

6. WHEREAS all counsel in this matter will maintain, within the rules governing civil actions in Federal Court, the confidentiality and privacy of any records produced in this matter in relation to Decedent, throughout the course of this litigation.

7. WHEREAS the providers that have been subpoenaed and to which will produce documents <u>should not redact</u> any information in such records. Any non-relevant information can be redacted by Plaintiffs' counsel per agreement and protocol, if need be.

8. WHEREAS the following providers should produce non-redacted copies of medical, treatment, drug/alcohol and/or psychological records of Decedent pursuant to the

language in the respective subpoenas and such production should be made directly to Brian Gearinger, Esq., Gearinger Law Group, 825 Van Ness Avenue, 4th Floor, San Francisco, CA 94109, counsel for Plaintiffs, per the above listed protocol,

    a. Richmond Health Center, Richmond, CA

    b. Concord Public Health Clinic, Concord, CA

    c. Contra Costa Regional Medical Center, Martinez, CA

    d. Telecare Heritage Psychiatric Health Facility, Oakland, CA

9. WHEREAS The information sought in these subpoenas by Defendants is not sought for the purposes of any criminal investigation or prosecution. Rather, this information is relevant to potential liability and damages issues in this civil action brought by Decedent's family members.

10. WHEREAS Plaintiffs' counsel, on behalf of Plaintiffs, heirs of Decedent, hereby waives relevant HIPPA and similar protections in accordance with the above stipulation to move this litigation forward.

11. WHERAS should additional relevant providers of Decedent be revealed throughout the course of this litigation, the parties will meet and confer to agree to use this order to obtain the relevant records of Decedents in the same manner and per same protocol as listed herein, for example, similar to that requested for the providers as is listed in Paragraph 8(a-d) above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| Dated: April 15, 2011 | | McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP |

By:   /s/ James V. Fitzgerald, III
      James V. Fitzgerald, III
      Noah G. Blechman
      Attorneys for Defendants
      ROBERT REICHERT and KEVIN MORRIS

Dated: April 18, 2011      OFFICE OF THE COUNTY COUNSEL OF CONTRA COSTA

By:   /s/ Janet Holmes
      Janet Holmes / Janice Amenta
      Attorneys for Defendants
      COUNTY OF CONTRA COSTA and SHERIFF WARREN E. RUPF

Dated: April 18, 2011      GEARINGER LAW GROUP

By:   /s/ Brian Gearinger
      Brian Gearinger
      Attorneys for Plaintiffs

Dated: April 18, 2011      THE SCOTT LAW FIRM

By:   /s/ John Houston Scott
      John Houston Scott
      Attorneys for Plaintiffs

FURTHER STIPULATION AND ORDER FOR DISCLOSURE OF MEDICAL/PSYCHOLOGICAL RECORDS OF DECEDENT – CV10-01454 JCS     4

## ORDER

PURSUANT TO STIPULATION, THE ABOVE LISTED ENTITIES ARE HEREBY ORDERED TO PRODUCE UNREDACTED COPIES OF THE MEDICAL, DRUG/ALCOHOL, TREATMENT AND/OR PSYCHOLOGICAL RECORDS OF DECEDENT PAUL HAMMOND PER THE SUBPONEAS ISSUED BY DEFENDANTS. THESE RECORDS ARE TO BE PRODUCED DIRECTLY TO MR. GEARINGER PER THE AGREED UPON PROTOCOL LISTED ABOVE. THE COURT FINDS THAT THE PLAINTIFFS' HAVE KNOWINGLY WAIVED THE PRIVACY RIGHTS OF DECEDENT FOR THE PURPOSES OF THIS LITIGATION PER THE ABOVE PARAMETERS. SHOULD ADDITIONAL PROVIDERS OF DECEDENT BE REVEALED IN THIS MATTER, COUNSEL FOR THE PARTIES ARE ORDERED TO MEET AND CONFER AND CAN SUBMIT THIS ORDER FOR THE PRODUCTION OF SUCH RECORDS PER AGREEMENT.

IT IS SO ORDERED.

DATED: 4/19/11



_____
Hon. Joseph C. Spero
United States District Court Magistrate Judge

FURTHER STIPULATION AND ORDER FOR DISCLOSURE OF MEDICAL/PSYCHOLOGICAL RECORDS OF DECEDENT – CV10-01454 JCS     5