UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HAMMOND,  No. C10-01454 JCS

    Plaintiff(s),

  v.  **ORDER TO PRODUCE COMMUNICATIONS**

COUNTY OF CONTRA COSTA, ET AL.,

    Defendant(s).
_____/

    IT IS HEREBY ORDERED that Dr. Wolf and the Defendants are both ordered to produce all communications between Dr. Wolf and anyone at the County of Contra Costa regarding Deputy Reichert within ten (10) days from today on an Attorneys' Eyes Only basis.

    IT IS SO ORDERED.

Dated: April 29, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge