1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone:  (925) 335-1800
5  Facsimile:   (925) 335-1866
   Email: jholm@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA
   and WARREN RUPF, SHERIFF
8

9              IN THE UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11

12
   CHRISTOPHER HAMMOND et al.,        No.   CV 10-1454 JCS
13
              Plaintiffs,              STIPULATION AND [PROPOSED] ORDER
14                                     EXTENDING DEADLINES FOR
   v.                                  COMPLETION OF THREE NON-EXPERT
15                                     DEPOSITIONS
   COUNTY OF CONTRA COSTA,
16 ROBERT REICHERT, KEVIN
   MORRIS, SHERIFF WARREN E. RUPF      Current Deadline: June 1, 2011
17 and DOES ONE to ONE HUNDRED,        Proposed Deadline: June 9, 2011
   inclusive.,
18                                     Courtroom: A
              Defendants.              Trial Date: December 5, 2011
19

20        IT IS HEREBY STIPULATED by and between counsel for all parties in the above-

21 referenced action:

22        WHEREAS, certain deadlines had been set and revised for completion of non-expert

23 discovery (Doc. ##20; 35 ) no later than June 1, 2011; and

24        WHEREAS, due to schedule conflicts among counsel, and due to school schedules for

25 the two minor plaintiffs such that their depositions are best taken after finals exams are

26 completed; and

27        WHEREAS trial is set for December 5, 2011 (see Doc. #20),

28        Counsel for all parties hereby request the court order that the following non-expert

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR
DISCOVERY- CV 10-1454 JCS                                                    1

1  depositions may be taken on the dates identified below:

2      June 2, 2011        Deposition of Defendant Morris

3      June 9, 2011        Depositions of Plaintiffs Emily and Lindsey Hammond.

4      All other deadlines shall remain in place.

5

6  DATE: May 16, 2011                    SHARON L. ANDERSON
                                         COUNTY COUNSEL
7
                                              /s /
8                                        By:_____
9                                            Janet L. Holmes
                                             Deputy County Counsel
10                                           Attorneys for Defendants County and
                                             Rupf
11

12 DATE: May __, 2011                    MCNAMARA, NEY, BEATTY,
                                         SLATTERY, BORGES & BROTHERS,
13                                       LLP

14                                            /s /
                                         By:_____
15                                           James Fitzgerald
                                             Attorneys for Defendants Reichert and
16                                           Morris

17

18 DATE: May __, 2011                    GEARINGER LAW GROUP

19                                            /s /
                                         By:_____
20                                           Brian Gearinger
                                             Attorneys for Plaintiffs
21

22 DATE: May ___, 2011                   THE SCOTT LAW FIRM

23                                            /s /
                                         By:_____
24                                           John Houston Scott
                                             Attorneys for Plaintiffs
25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR
DISCOVERY- CV 10-1454 JCS                                              2

1

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

DEPOSITIONS OF THE FOLLOWING NON-EXPERT WITNESSES MAY BE TAKEN ON

THESE DATES:

     June 2, 2011         Deposition of Defendant Morris

     June 9, 2011         Depositions of Plaintiffs Emily and Lindsey Hammond.

     All other deadlines shall remain in place.

DATE:  5/26/11



         United S___
         Norther___

Judge Joseph C. Spero