1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   Email: janet.holmes@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA
   and WARREN RUPF, SHERIFF
8

9
               IN THE UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

| | |
|---|---|
| CHRISTOPHER HAMMOND et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive.,<br><br>Defendants. | No.  CV 10-01454 JCS<br><br>STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANT WARREN RUPF, SHERIFF AND [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL<br><br>Trial Judge:  Judge Joseph C. Spero<br>Date Action Filed: April 6, 2010<br>Trial Date:    December 5, 2011 |

   IT IS HEREBY STIPULATED BY AND THROUGH COUNSEL FOR ALL PARTIES:

   Plaintiffs Christopher Hammond, Matthew Hammon, Emily Hammond and Lindsay Hammond ("Plaintiffs") and Defendants County of Contra Costa, Robert Reichert, Kevin Morris and Warren Rupf, Sheriff ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

   Plaintiffs hereby agrees to dismiss their complaint and any and all claims and causes of action contained therein arising out of the facts alleged therein as against defendant WARREN

STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANT WARREN RUPF, SHERIFF  AND [PROPOSED] ORDER OF PARTIAL DISMISSAL  - CV 10-01454 JCS

1

1  RUPF, SHERIFF ONLY, *only*, each party to bear his/her/its own related costs and fees..

2  THEREFORE, Plaintiff and Defendants hereby request that this court dismiss the above-referenced action with prejudice as against Defendant WARREN RUPF, SHERIFF.

DATED: May 26, 2011 [June 3]

SHARON L. ANDERSON, County Counsel

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendant County of Contra Costa and Warren Rupf, Sheriff

DATED: May ___, 2011 [June 3]

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS, LLP

By: ___/s/_____
James Fitzgerald
Attorneys for Defendants Reichert and Morris

DATED: May ___, 2011 [June 3]

GEARINGER LAW GROUP

By: ___/s/_____
Brian Gearinger
Attorneys for Plaintiffs

DATED: June 3, 2011

THE SCOTT LAW FIRM

By: _____
John Houston Scott
Attorneys for Plaintiffs

ORDER OF PARTIAL DISMISSAL

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that plaintiff's complaint this action is dismissed with prejudice as against defendant WARREN RUPF, SHERIFF.

Dated: __June 6__, 2011     /s/ Joseph C. Spero
JOSEPH C. SPERO
UNTIED STATES DISTRICT JUDGE

STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANT WARREN RUPF, SHERIFF AND [PROPOSED] ORDER OF PARTIAL DISMISSAL - CV 10-01454 JCS

2