JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ROBERT REICHERT and KEVIN MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMMOND, MATTHEW HAMMOND, individually and as Successors in Interest for PAUL HAMMOND, decedent; and EMILY HAMMOND, a minor, and LINDSEY HAMMOND, a minor, individually and as Successors in Interest for PAUL HAMMOND, decedent, and by and through their Guardian ad Litem, CHERYL HAMMOND, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive, <br><br> Defendants. | Case No. C10-1454 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** <br><br> Judge: Hon. Joseph C. Spero <br><br> Trial Date:     December 5, 2011 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

1. WHERAS the parties have diligently pursued fact discovery in this matter and fact discovery closed on June 1, 2011.

2. WHEREAS fact witnesses deposed at end of the discovery period and the depositions

recently taken of the two female minor Plaintiffs and Deputy Morris, taken after the cut-off of June 1st per leave of Court, have not been officially transcribed and received by the parties to forward to experts.

3. WHEREAS Plaintiffs have one remaining fact discovery witness, Commander Woolard, deposition to complete, as the deposition was started prior to the discovery cut-off period, but not completed due to a prior document production dispute that has now been resolved. This depositions is expected to occur shortly.

4. WHEREAS the parties participated in a settlement conference with Magistrate Judge Corley on June 8, 2011, and the parties remain in communication following that settlement conference.

5. WHEREAS all counsel in this matter agree that it would be in all parties' and the Court's interest to <u>briefly</u> continue the current expert disclosure and expert discovery deadlines to allow all fact discovery to be completed, allow experts to obtain all relevant deposition transcripts and also to allow the parties further post-settlement conference communication.

6. WHEREAS this brief continuance of these deadlines will not impact the currently set deadline to file dispositive motions and hearing date on dispositive motions (August 26, 2011), nor will it impact the pretrial or trial dates in this matter, as listed below

7. WHEREAS expert deadlines were previously continued one prior time by the parties per Docket Document No. 36, executed by the Court and e-filed on March 9, 2011.

8. WHEREAS the parties have demonstrated good cause herein and propose the following minor modification to the current expert disclosure and discovery deadline:

| Event | Current Deadline | Proposed New Deadlines |
|---|---|---|
| Expert Disclosure Deadline | June 15, 2011 | June 24, 2011 |
| Rebuttal Expert Disclosure Deadline | June 24, 2011 | July 1, 2011 |
| Completion of Expert Discovery | July 11, 2011 | July 15, 2011 |
| Last Day to Hear Dispositive Motions | August 26, 2011 | NO CHANGE |
| Pretrial Conference | November 18, 2011 | NO CHANGE |
| Trial Date | December 5, 2011 | NO CHANGE |

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Dated: June 10, 2010          MCNAMARA, NEY, BEATTY, SLATTERY,
                                  BORGES & AMBACHER LLP

4

5                                 By:  /s/ James V. Fitzgerald, III
                                  James V. Fitzgerald, III
6                                 Noah G. Blechman
                                  Attorneys for Defendants
7                                 ROBERT REICHERT and KEVIN MORRIS

8  Dated: June 10, 2010          OFFICE OF THE COUNTY COUNSEL OF CONTRA COSTA

9

10                                By:  /s/ Janet Holmes
                                  Janet Holmes / Janice Amenta
11                                Attorneys for Defendants
                                  COUNTY OF CONTRA COSTA and SHERIFF
12                                WARREN E. RUPF

13

14 Dated: June 10, 2010           GEARINGER LAW GROUP

15

16                                By:  /s/ Brian Gearinger
                                  Brian Gearinger
17                                Attorneys for Plaintiffs

18 Dated: June 10, 2010           THE SCOTT LAW FIRM

19

20                                By:  /s/ John Houston Scott
                                  John Houston Scott
21                                Attorneys for Plaintiffs

# ORDER

WHEREAS, having read the foregoing stipulation between all parties, by and through their attorneys of record, and having found good cause demonstrated by the parties for the brief continuance of expert disclosure and discovery deadlines,

THE COURT ORDERS AS FOLLOWS:

Expert disclosure and discovery deadlines are hereby continued as follows:

| Event | New Deadlines |
|---|---|
| Expert Disclosure Deadline | June 24, 2011 |
| Rebuttal Expert Disclosure Deadline | July 1, 2011 |
| Completion of Expert Discovery | July 15, 2011 |

IT IS SO ORDERED.

DATED: 06/13/2011



_____
Hon. Joseph C. Spero
United States District Court Magistrate Judge