SHARON L. ANDERSON (SBN 94814)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: janet.holmes@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER HAMMOND et al., | No. CV 10-01454 JCS |
|---|---|
| Plaintiffs, | STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANTS ROBERT REICHERT AND KEVIN MORRIS AND [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL |
| v. | |
| COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive., | Trial Judge: Judge Joseph C. Spero<br>Date Action Filed: April 6, 2010<br>Trial Date: December 5, 2011 |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND THROUGH COUNSEL FOR ALL PARTIES:

Plaintiffs Christopher Hammond, Matthew Hammond, Emily Hammond and Lindsey Hammond ("Plaintiffs") and Defendants County of Contra Costa, Robert Reichert and Kevin Morris and Warren Rupf, Sheriff ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Plaintiffs hereby agrees to dismiss their complaint and any and all claims and causes of action contained therein arising out of the facts alleged therein as against defendants ROBERT REICHERT and KEVIN MORRIS, *only*, each party to bear his/her/its own related costs and

1  fees.

2  THEREFORE, Plaintiffs and Defendants hereby request that this court dismiss the
above-referenced action with prejudice as against Defendants ROBERT REICHERT and
KEVIN MORRIS.

DATED: July 11, 2011

SHARON L. ANDERSON, County Counsel

By: /s/ Janet L. Holmes
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendant County of Contra Costa

DATED: July 11, 2011

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS, LLP

By: /s/
James Fitzgerald
Attorneys for Defendants Reichert and Morris

DATED: July 11, 2011

GEARINGER LAW GROUP

By: /s/
Brian Gearinger
Attorneys for Plaintiffs

DATED: July 11, 2011

THE SCOTT LAW FIRM

By: /s/
John Houston Scott
Attorneys for Plaintiffs

ORDER OF PARTIAL DISMISSAL

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that plaintiffs' complaint in this action is dismissed with prejudice as against defendants ROBERT REICHERT and KEVIN MORRIS.

Dated: 7/18, 2011

/s/ Joseph C. Spero
JOSEPH C. SPERO
UNTIED STATES MAGISTRATE JUDGE

STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT AS AGAINST DEFENDANTS ROBERT REICHERT and KEVIN MORRIS AND [PROPOSED] ORDER OF PARTIAL DISMISSAL  -  CV 10-01454 JCS

2