SHARON L. ANDERSON (SBN 94814)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: janet.holmes@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMMOND et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive.,<br><br>Defendants. | No.  CV 10-01454 JCS<br><br>STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT BY PLAINTIFFS CHRISTOPHER HAMMOND and MATTHEW HAMMOND AND [PROPOSED] ORDER OF PARTIAL DISMISSAL<br><br>Trial Judge:  Judge Joseph C. Spero<br>Date Action Filed: April 6, 2010<br>Trial Date:  December 5, 2011 |

IT IS HEREBY STIPULATED BY AND THROUGH COUNSEL FOR ALL PARTIES:

Plaintiffs Christopher Hammond, Matthew Hammond, Emily Hammond and Lindsey Hammond ("Plaintiffs") and Defendant County of Contra Costa ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Plaintiffs Christopher Hammond and Matthew Hammond, *only*, hereby agree to dismiss any and all claims and causes of action contained therein and asserted by them, arising out of the facts alleged therein; each party to bear his/her/its own related costs and fees.

THEREFORE, Plaintiffs and Defendant hereby request that this court dismiss the

STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT BY PLAINTIFFS CHRISTOPHER HAMMOND and MATTHEW HAMMOND AND [PROPOSED] ORDER OF PARTIAL DISMISSAL  - CV 10-01454 JCS

1

1  above-referenced action as pertains to claims asserted by Plaintiffs Christopher Hammond and
2  Matthew Hammond, only, with prejudice.

3  DATED: July 25, 2011                    SHARON L. ANDERSON, County Counsel
4                                          By: /s/ Janet Holmes
5                                          JANET L. HOLMES
                                            Deputy County Counsel
6                                          Attorneys for Defendant County of
                                            Contra Costa

8  DATED: July 27, 2011                    GEARINGER LAW GROUP
9                                          By:      / s /
10                                         Brian Gearinger
                                           Attorneys for Plaintiffs

12 DATED: July 27, 2011                    THE SCOTT LAW FIRM
13                                         By:      / s /
                                           John Houston Scott
14                                         Attorneys for Plaintiffs

## ORDER OF PARTIAL DISMISSAL

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Plaintiffs Christopher Hammond and Matthew Hammond dismiss and any all of *their* claims as asserted in the Complaint in this action with prejudice .

Dated: July 27, 2011

JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE