**GEARINGER LAW GROUP**
825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7847

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)

**THE SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZBETH N. de VRIES (State Bar #227215)

Attorneys for Plaintiffs CHRISTOPHER HAMMOND,
MATTHEW HAMMOND, EMILY HAMMOND,
a minor, and LINDSEY HAMMOND, a minor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAMMOND, MATTHEW HAMMOND, individually and as Successors in Interest for PAUL HAMMOND, decedent; and EMILY HAMMOND, a minor, and LINDSEY HAMMOND, a minor, individually and as Successors in Interest for PAUL HAMMOND, decedent, and by and through their Guardian ad Litem, CHERYL HAMMOND,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF CONTRA COSTA, ROBERT REICHERT, KEVIN MORRIS, SHERIFF WARREN E. RUPF and DOES ONE to ONE HUNDRED, inclusive.<br><br>Defendants. | Case No. CV 10-01454 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RELEASING PERSONAL ITEMS BELONGING TO DECEDENT PAUL HAMMOND FROM THE CONTRA COSTA COUNTY SHERIFF'S OFFICE'S EVIDENCE LOCKER**<br><br>Action Filed:   April 6, 2010<br>Trial Date:   December 5, 2011 |

This matter has been settled in its entirety as to Defendants Kevin Morris and Robert Reichert (ECF Dkt 71) and Plaintiffs Christopher Hammond and Matthew Hammond (ECF Dkt

1  74.) The only remaining parties are Defendant County of Contra Costa and Plaintiffs Emily
2  Hammond and Lindsey Hammond.  The remaining parties have reached a tentative settlement
3  that must be approved by the Court because Plaintiffs Emily Hammond and Lindsey Hammond
4  are minors.  Plaintiffs Emily Hammond and Lindsey Hammond will file a motion with this Court
5  once they select the terms by which the settlement funds will be structured.

6       Settling Plaintiffs Christopher Hammond and Matthew Hammond desire to obtain the
7  personal belongings of their father, decedent Paul Hammond, that were in his possession at the
8  time of his death.  These items are as follows:

9       "Personal accessories" described as "Hammond's Reported Belongings" located at 2
10 Row 13 of the Contra Costa County Sheriff's Office's Evidence Locker.  (See document CC
11 001132 produced by Defendant Contra Costa County.)

12      "Bladed weapons/Kniv" described as "Hammond's Reported Knife (Wht Box)" located
13 at 2 Row 13 of the Contra Costa County Sheriff's Office's Evidence Locker.  (See document CC
14 001132 produced by Defendant Contra Costa County.)

15      "Money" described as "U.S. Currency – $17.00 from Hammond's Wallet" located at Safe
16 3 of the Contra Costa County Sheriff's Office's Evidence Locker.  (See document CC 001133
17 produced by Defendant Contra Costa County.)

18 **IT IS HEREBY STIPULATED:**

19      Upon Order of this Court, Defendant Contra Costa County will release the following
20 three items either to Plaintiff Christopher Hammond or Plaintiff Matthew Hammond, subject to
21 the conditions set forth below:

22      1.   "Personal accessories";
23      2.   "Bladed weapons/Kniv"; and
24      3.   "Money."

25      Plaintiff Christopher Hammond or Plaintiff Matthew Hammond (1) must contact Deputy
26 Counsel Janet L. Holmes to arrange a mutually convenient time and date to obtain the above
27 items; (2) must bring a death certificate for Paul Hammond; (3) must bring a birth certificate for
28 either Plaintiff Christopher Hammond or Plaintiff Matthew Hammond and (4) must bring a

1  government-issued photo identification for either Plaintiff Christopher Hammond or Plaintiff
2  Matthew Hammond.
3  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
4  Dated:  August 1, 2011			OFFICE OF THE COUNTY COUNSEL OF CONTRA
5  						COSTA

6
7  						By: /s/ Janet L. Holmes
   						Janet L. Holmes
8  						Attorneys for Defendants
   						COUNTY OF CONTRA COSTA and SHERIFF
9  						WARREN E. RUPF
10 Dated:  August 1, 2011			GEARINGER LAW GROUP
11
12 						By: /s/ Brian Gearinger
   						Brian Gearinger
13 						Attorneys for Plaintiffs
14 Dated: August 1, 2011			THE SCOTT LAW FIRM
15
16 						By: /s/ John Houston Scott
   						John Houston Scott
17 						Attorneys for Plaintiffs
18 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
19
20 Dated: August 2, 2011			By: _____
   						Hon. Joseph C. Spero
21 						United States District Magistrate Judge